**ROBERT J. PETERS**
Attorney at Law
California State Bar Number 43618
716 19th Street, Suite 120
Sacramento, CA  95814
Telephone:     (916) 442-1806
Facsimile:     (916) 442-0520
Email:          robertj@lanset.com

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:  (916) 448-0265
Email:          KarowskyLaw@sbcglobal.net

Attorneys for Defendant
Jason Walker

**PETER KMETO**
Attorney at Law
California State Bar Number 78827
1007 7th Street, Suite 318
Sacramento, CA  95814
Telephone:  (916) 444-7420
Facsimile:  (916) 441-6714
Email:          pkmeto@sbcglobal.net

Attorney for Defendant
Shango Greer

## UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.:  Cr.S-03-042-FCD |
| | ) |
| Plaintiff, | ) **APPLICATION AND ORDER FOR** |
| | ) **WRIT OF HABEAS CORPUS** |
| vs. | ) **AD TESTIFICANDUM** |
| | ) |
| Jason Walker, et. al., | ) |
| | ) |
| Defendants | ) |
| | ) |

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

COMES NOW the defendants herein by their respective counsel of record and represent and show:

That there is now confined in the **King County Jail in Seattle, Washington,** one **TAURIAN BENJAMIN ALFORD, DOB 5-2-70; Social Security Number 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,** in the custody of the Warden, Sheriff or Jailor thereof; that said prisoner is a necessary, material and competent witness in the defense of the above-entitled case, which is currently in trial in the United States District Court at Sacramento, California, and that in order to secure the attendance of said prisoner it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued commanding said Warden, Sheriff or Jailor to produce said prisoner in said Court, Courtroom #1, Sixteenth Floor, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, California on **March 8, 2006**, at 8:30 a.m., in order that said prisoner may respond to and answer such questions as may be propounded to him during the course of the trial of said case.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Testificandum, out of and under the seal of this Court, commanding said Warden, Sheriff or Jailor to have and produce said prisoner in said United States Courtroom on said date, then and there to respond to and answer such questions as may be propounded to him during the course of the trial of the above-entitled case; and at the termination of said case to return him forthwith to said above-mentioned institution.

Dated:  February 28, 2006

/s/ Robert J. Peters
**ROBERT J. PETERS**
Attorney at Law
Attorney for Defendant
Jason Walker

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation

/s/ Jan David Karowsky
By: Jan David Karowsky
Attorney for Defendant
Jason Walker

/s/ Peter Kmeto
**PETER KMETO**
Attorney at Law
Attorney for Defendant
Shango Greer

## ORDER

Upon reading and filing the foregoing application in that behalf; IT IS ORDERED that a

Writ of Habeas Corpus Ad Testificandum issue as prayed for herein.

Dated:   February 28, 2006

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3    Ddad1/orders.criminal.greer.writ

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com